# EXHIBIT A

Madame Judge,

I am addressing you with great respect to first of all ask for your forgiveness, and for your leniency in sentencing me.

I would like to tell you that I am a family man; my wife and I have two children: a girl who is three years old, whose name is Emily Cusme, and Neymar Cusme, who is two years old.

They, as well as my twenty two year old wife, Karina Alarcon, rely on me for their food and care.

I also would like to tell you that at present I am not doing well health-wise. I have a neurological problem; I suffer from epileptic seizures as the result of injuries sustained in a car accident in Ecuador approximately eight years ago.

In addition, I underwent surgery at a New York Hospital while I was in custody at the Brooklyn prison.

I am asking for your forgiveness because I did not know what I was doing; it never crossed my mind that I was acting against the government of the United States. That is why I am asking for your leniency.

Madame Judge, my wife, my children and my siblings need me, and they are suffering my absence and my present circumstances very much.

I would like to tell you I have always been a very hardworking man, and loving to my wife and children.

I would therefore ask you to give me a second opportunity, the chance to live near my children, and I promise you that I - Johnny Cusme- will never commit a crime against the United States or my country, that is Ecuador, ever.

I apologize for not knowing what I was doing against this country.

Sincerely,

Johnny Cusme

Hoja ①

Sra Juez o:
Me Dirijo A ud con todo respeto para pedirle A ud primeramente "perdon" y tenga ud "clemencia" de mi en la sentencia que ud va a otorgarme. le cuento que soy padre de Familia con mi esposa de 2 niños uno de 3 años la cual es niña de nombre. Emily Cusme y Neymar Cusme de 2 años los cuales dependen de mi para su Alimentacion y cuidados personales Junto A mi esposa Karina Alarcon de 22 años tambien le quiero comentar que en estos momentos no me encuentro muy bien de salud devido un problema neurologico que el podecimiento son Ataques epilepticos esto devido Aun Accidente Automovilistico que tuve en Ecuador Hace Aproximadamente 8 Años y incluso Fui intervenido Quirurjicamente en un Hospital de New York mientras estuve recluido en la prision de Brooklyn y es por eso le pido "perdon" primeramete por no saber lo que hacia ni imaginar siquiera que yo estaba Atentando contra el gobierno de los estados unidos. y es

Hoja 2

— Por eso la clemencia que le pido a ud. Señora Juez — por la falta que yo les hago a mi esposa a mis hijos y mis hermanos los cuales están sofriendo mucho mi ausencia - Ante esta que es mi situación y le quiero decir a ud. que siempre e sido un hombre muy trabajador y amoroso con mi esposa y con mis hijos y quiero pedirle a ud. me de una segunda oportunidad de vivir cerca de mis hijos y le prometo yo - Yohnny Cusme nunca mas volver a cometer delito alguno encontra de los Estados Unidos ni de mi pais que es Ecuador y disculpas por el desconocimiento de lo que estaba yo haciendo en contra de este pais-

Atte

Johnny Cusme.

# EXHIBIT B

START: 7-31-2016

DETAINEE LOG - MISLE #: 1037372(2)

# RECORD

VENTUROUS CASE#: 625-026-16



7530-00-222-3525
FEDERAL SUPPLY SERVICE
(GPO)

END:

GEN_061

ESCOBAR MONTAÑO JHEFFERSON
ECUADORIAN, Cedula# 0803564443

[redacted]

ORTIZ UETE NELSON ANTONIO
ECUADORIAN, Cedula# 1314644654

[redacted]

CUSME LOPEZ JOHNNY JAVIER
ECUADORIAN, Cedula# 0926055717

[redacted]

1200-1600
1245 03 DETAINEES FED ALL ATE
1530 ET2 R AND SN U RELIEVED THE WATCH

1600-2000
1600 ET2 RACHAL AND SN RAMEY ON WATCH
1800 BM1 BEST AND ME1 STEED RELIEVED THE WATCH.
1855 03 DETAINEES FED, ALL ATE
1930 SN U. AND GM1 G. RELIEVED THE WATCH

2000-2400
2000 SN U. AND GM1 G. ON WATCH
2334 ET2 R AND BM2 L RELIEVED THE WATCH

0000-0400         12 AUG 16
0000 ET2 R AND BM2 L ON WATCH
0345 BM1 B. AND MK3 R RELIEVED THE WATCH

0400-0800
0345 BM1 B. AND MK3 R RELIEVED ON WATCH
0800 SN UNDERHAY AND GM1 GREEN RELIEVED THE WATCH

0800-1200
0800 SN UNDERHAY AND GM1 GREEN ON WATCH
0814 03 DETAINEES FED MORNING MEAL, ALL ATE
1130 BM2 L AND ET2 RACHAL RELIEVED THE WATCH

1200-1600
1200 BM2 L AND ET2 RACHAL ON WATCH
1303 03 DETAINEES FED NOON MEAL
     ME1 & ME3 RELIEVED THE WATCH

※ THE INDIVIDUAL WITH THE SCAR ON HIS FACE HAD A HEADACHE AND WAS GIVEN MOTRIN 400 CAPS BY HS2

GEN_074

Aug 15
Jenny Lopez is feeling ~~much better~~ Back to Normal no signs or symptoms

Jenny Lopez

12 Aug                Jonny Lopez
1330:
A&O x3    P. 110    SPO2 79%    2LPM O2  Nasal Cannula
Pt is Responsive but Dazed. Eyes PERRLA, All cranial nerves
in tact. Pt is weak and tired complaing of H/A. Motrin 400 mg
was given for H/A + soreness. BiLat Strength is equal both upper
upper + low extermities.

1345
Called Flight Surgeon on Pellew and discussed what happened
with Jonny Lopez. No futher treatment was gividen that
evaluate Recovery.

2000
Checked on Pt. Pt is having H/A + feeling weak.
But feeling better.

13 Aug
Jonny Lopez is feeling better only having a H/A. He was given
0400 mg motrin 3x daily for 3 days

14 Aug
Jonny Lopez is feeling better no signs of symptom from having Seizure due to Blood Clot.
8 yrs ago He was in a car rack sustained HEAD Trauma which which
resulted in seizures eversence. He got them accursedly. He normaly
takes Valcutex 500 and ELpalmin for the seizure But dosent *
Have them with him. When Talking with Lt. Chan Flight Surgeon *
on call stated if he has Another He should be transported to
Newport Hospital

GEN_095

1302 - 1307

Amy
Jenny      Lungs clean + clear
            SPO2 - 94 now 97

            156 pulse → 120

            Convulsions Unresponsive

            Blood coming out from mouth.

            Blood pressure - 110/68

            1309 Administered O2

            1315 - Pulse 131    SPO2 98%
            A&O x2   will but intact PMS, HR, dazed,


            Flight Surgeon on ~~~~ CHen

            Valcotex 500

            Elpalmin

# EXHIBIT C



# Kingsbrook Jewish Medical Center
585 Schenectady Avenue   Brooklyn, NY 11203
Phone: (718) 604-5548   Fax:

## Charting

**Name:** Cusme-Lopez, Johnnyjavier   **MRN:** 0724832   **DOB:** 01/02/1990
**Account:** 10781991   **Room/Bed:** /   **Admit:** 12/27/16  7:52PM
**Service Provided:** 12/27/16 05:18PM

IRF Physical Medicine and Rehabilitation H and P
### Physical Medicine and Rehabilitation History and Physical Assessment

**Demographics:**
  Age: 26Y
  Gender: Male
**Preferred Language:**
Primary -  Spanish
Secondary -  None
 Language Interpreting Services -  NOT Needed
Deaf Talk Assistance -  NOT Needed

**Chief Complaint:**
seizure .

**Past Medical History:**
seizure disorder, h/o MVA

**History of Present Illness:**
26 year old incarcerated male with above medical history presented to KJMC after a witnessed seizure episode.  Pt was post-ictal in the ED.  MRI brain showed left planum sphenoidale meningioma with vasogenic edema.  Pt underwent craniotomy with tumor resection by neurosurgery.  Post-op, pt did not have any complications. Repeat MRI did show acute/subacute infarct in the ACA territory. Pt was medically stabilized, seen by a physiatrist and determined to be an excellent candidate for IRF to address functional impairments.

  Date of Onset:   12/12/16
  Date of Admission: 12/27/2016 3:23:36 PM
**History of Infection:** none
**Past Family History:**
 Non-Contributory to the presenting conditions
**Prior Level of Functioning:** independent with ADLs and ambulation


**Patient/Caregiver Goals:** I want to get stronger

**Social History**
Current Alcohol Use:  denies
Current Tobacco Use: denies
Current Drug Use: denies



# Kingsbrook Jewish Medical Center
585 Schenectady Avenue   Brooklyn, NY 11203
Phone: (718) 604-5548   Fax:

## Charting

**Name:** Cusme-Lopez, Johnnyjavier   **MRN:** 0724832   **DOB:** 01/02/1990
**Account:** 10781991   **Room/Bed:** /   **Admit:** 12/27/16  7:52PM

Living Environment:
 Prison system

**Current Functional Status**
Mobility:
 ambulates 25 feet with RW
Activities of Daily Living:
 min assist with most ADLs
Cognition:
 follows multistep commands
Communication:
Communication:  intact
Swallowing Deficits:
Swallow history:  none

**Code Status:**
Patient Preference(s): Full code.

**Vaccinations:**   Not applicable - no vaccination history n/a
**Medications:**
Significant rehabilitation considerations:
 TYLENOL -MAPAP 650. MG PO Q4HPRN
 GUAIFENESIN DM 200. MG PO Q6HPRN
 DILANTIN 100. MG PO Q8H
 KEPPRA 500. MG PO Q12H
 NOVOLOG Q4H ROUTINE SL SCALE
 SENNA LAX 17.2 MG PO QHS
 NARCAN 0.4 MG IV ONCEPRN
 HEPARIN SODIUM (PORCINE) 5000. UNITS SQ

**Constitutional**
**Positive for**
Negative for: Fever, Chills, Insomnia
**HEENT**
**Positive for**
Negative for: Blurry vision, Dysphagia, Neck Pain, Sore Throat, Oral ulcers.
**Pulmonary**
**Positive for**
Negative for: SOB, Cough, Hemoptysis
**CVS**



# Kingsbrook Jewish Medical Center

585 Schenectady Avenue   Brooklyn, NY 11203

Phone: (718) 604-5548   Fax:

## Charting

Name: Cusme-Lopez, Johnnyjavier   MRN: 0724832   DOB: 01/02/1990
Account: 10781991   Room/Bed: /   Admit: 12/27/16  7:52PM

**Positive for**
Negative for: CP, Palpitations, Edema, Dizziness, Leg Pain, Orthopnea.

**GI**
**Positive for**
Negative for: AP, Nausea, Vomiting, Diarrhea, Constipation

**GU**
**Positive for**
Negative for: Dysuria, Incontinence, Urinary Retention

**CNS:**
**Positive for seizures**
Negative for: Headache, Numbness, Tremors, Falls

**Musculoskeletal**
**Positive for**
Negative for: Myalgias, Joint Pain, Swelling, Stiffness.

**Endo**
**Positive for**
Negative for: abnormal Weight Gain/Weight Loss, Hyper/Hypoglycemia

**Skin**
**Positive for**
Negative for: Rash or Ulcers.

**Psychiatry**
**Positive for**
Negative for: Anxiety, Depression.

Allergies: NKDA

OBJECTIVE
Vital Signs:

Blood Pressure:  104/66 mmHg
Temperature: 98.7
Pulse: 73 bpm
Respirations: 18 per minute
O2 Saturation:
Pain: (0-10 Pain Scale)
Location:

## Physical Examination
**Constitutional**
Alert, Well Nourished, NAD



# Kingsbrook Jewish Medical Center

585 Schenectady Avenue   Brooklyn, NY 11203
Phone: (718) 604-5548   Fax:

## Charting

**Name:** Cusme-Lopez, Johnnyjavier   **MRN:** 0724832   **DOB:** 01/02/1990
**Account:** 10781991   **Room/Bed:** /   **Admit:** 12/27/16  7:52PM

**HEENT**
NT, No Nystagmus, Sclera anicteric.
**Neck**
Supple, No Adenopathy, Trachea mid-line, JVP-ve, No bruit
**Eyes**
Normal Vision, PERRLA, EOMI
**Pulmonary**
CTA in all fields, Respiration without labor.
**Chest/Breast**
Normal shape, No mass.
**CVS**
S1S2, NSR, No Murmur/Gallop, Rubs.
**GI**
Soft, NT, BS+, No Mass or organomegaly.
**GU**
Normal external genitalia, no pelvic mass.
**CNS**
   **Mental Status:** Alert & Oriented x 3
   **Cognition:** Intact

   Motor:
      RUE: Muscle Strength Shoulder Flex/ext 5/5, Abd 5/5, Add 5/5 , int/ext 5/5 Elbow Ext/Flex 5/5, Hand grip 5/5, Wrist ext/Flex 5/5
      LUE: Muscle Strength Shoulder Flex/ext 5/5, Abd 5/5, Add 5/5 , int/ext 5/5 Elbow Ext/Flex 5/5, Hand grip 5/5, Wrist ext/Flex 5/5
      RLE: Hip flex 5/5, Knee Ext/Flex 5/5, DF 5/5, PF 5/5, EHL5/5
      LLE: Hip flex 5/5, Knee Ext/Flex 5/5, DF 5/5, PF 5/5, EHL5/5
   Sensory:
      RUE: intact to light touch C5, C6, C7, C8, T1
      LUE: intact to light touch C5, C6, C7, C8, T1
      RLE: intact to light touch L2, L3, L4, L5, S1
      LLE: intact to touch L2, L3, L4, L5, S1
   Tone: normal
   DTR:
      RUE: BB 2/4  TR/BR 1/4
      LUE: BB 2/4  TR/BR 1/4
      RLE: Patellar 0/4  Achilles  0/4
      LLE: Patellar 0/4 Achilles 0/4
   **Muscle Wasting:** absent
   **Cerebellar signs:**
   **Coordination** Intact finger nose
   **Hoffman** Negative Bilaterally



# Kingsbrook Jewish Medical Center

585 Schenectady Avenue   Brooklyn, NY 11203
Phone: (718) 604-5548   Fax:

## Charting

**Name:** Cusme-Lopez, Johnnyjavier    **MRN:** 0724832    **DOB:** 01/02/1990
**Account:** 10781991    **Room/Bed:** /    **Admit:** 12/27/16  7:52PM

**Babiniski** Negative Bilaterally
**Proprioception** Intact Bilaterally
**Clonus:** absent
**Abnormal Movement:** absent.

**Vascular:** No calf tenderness, no edema or cyanosis.
**MUSCULOSKELETAL:** AROM intactFull passive range of motion in all four extremities

**SKIN:** surgical site staples noted on scalp, intact, no erythema or pus.

Lab, Tests, Imaging, Consults:
 MRI brain with/without contrast
1. Status post gross total resection left planum sphenoidale meningioma
with routine postoperative appearance at the surgical bed
2. Acute to subacute infarction anterior distribution left anterior
cerebral artery including portions the left frontal anterior inferior
parasagittal cortex and subcortical white matter, the left basal ganglia
and noncontiguous foci within the left frontal cysts vertex subcortical
white matter and anterior corpus callosum
3. Extra-axial fluid typical for recent postoperative state

Dr. Post



### Expression/Comprehension
Expression of Ideas and Wants:  Expresses complex messages without difficulty and with speech that is clear and easy to understand.
Understanding Verbal Content: Understands: Clear comprehension without cues or repetitions.

### Cognitive Pattern
Brief Interview for Mental Status (BIMS) was conducted.
Repetition of Three Words: Three words
Temporal Orientation Year: Correct
Temporal Orientation Month: Accurate within 5 days
Temporal Orientation Day of Week: Correct
Recall Socks: Yes, no cue required
Recall Blue: Yes, no cue required
Recall Bed: Yes, no cue required
BIMS SUMMARY SCORE: 15 Cognitively intact Patient was able to complete the Brief Interview for



# Kingsbrook Jewish Medical Center
585 Schenectady Avenue   Brooklyn, NY 11203
Phone: (718) 604-5548   Fax:

## Charting

**Name:** Cusme-Lopez, Johnnyjavier   **MRN:** 0724832   **DOB:** 01/02/1990
**Account:** 10781991   **Room/Bed:** /   **Admit:** 12/27/16  7:52PM
Mental Status

**Interdisciplinary Educational Needs and Learning Preferences:** Educational Needs:
Fall precautions/prevention
   Barriers to Learning: No barriers.
   Learning Preference: Explanation
Discipline: Resident PM&R

**Education Provided:** Education Provided and Needs Met:
Fall precautions/prevention: Safety strategies and techniques.

Education Provided but patient needs reinforcement in the following areas: No education provided that audience needs practice, needs reinforcement, or no evidence of learning
Audience: Patient.
Mode: Explanation.
Discipline: Resident PM&R

## ASSESSMENT and PLAN
26 year old male was admitted to KJMC for breakthrough seizures. MRI brain showed a meningioma. Pt is s/p craniotomy with resection of tumor. Pt is now admitted to acute rehab to address functional deficits.
**Rehab Diagnosis:** NTBI
**Rehab Impairment Code:** 02.1 Non-traumatic meningioma resection
**Impairments and Disabilities:** unsteady balance, decreased endurance, impaired cognition
**Active Comorbidites**
Comorbidities and Co-existing Conditions:  Patient does not have PAD, PVD, or Diabetes Mellitus
Seizure disorder, brain tumor s/p resection

Are there any arthritis conditions recorded for Impairment Group, Etiologic Diagnosis, or Comorbid Conditions that meet all of the regulatory requirements for IRF classification (in 42 CFR 412.29(b)(2)(x), (xi), and xii))?

**Rehabilitation Precautions / Restrictions:**
History of Seizures
Risk for falls
Skin Fragility

## Fall precaution:
Call bell at bed side, bed level to lowest, side rails up, avoid clutter at bedside, good lighting, frequent supervision

## DVT Prophylaxis:



# Kingsbrook Jewish Medical Center

585 Schenectady Avenue   Brooklyn, NY 11203

Phone: (718) 604-5548   Fax:

## Charting

**Name:** Cusme-Lopez, Johnnyjavier   **MRN:** 0724832   **DOB:** 01/02/1990
**Account:** 10781991   **Room/Bed:** /   **Admit:** 12/27/16  7:52PM

Frequent mobilization of limbs,
HEPARIN SODIUM (PORCINE) 5000. UNITS SQ

**Seizure disorder**
DILANTIN 100. MG PO Q8H
KEPPRA 500. MG PO Q12H

**Constipation**
SENNA LAX 17.2 MG PO QHS

**Pain/Fever**
TYLENOL -MAPAP 650. MG PO Q4HPRN
Hypercholesterolemia

Electronically signed by: Shahrokh Bemanian, Res  on 12/27/2016 at 05:18PM